# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        **Case No. 08-CR-217**

-vs-

**JOE FIGUEROA, et al.,**

        Defendants.

## ORDER

The defendant, Jose Figueroa ("Figueroa") has filed an objection to the Recommendation of Magistrate Judge Aaron E. Goodstein that Figueroa's motion to suppress be denied.

The Court has read the Recommendation, Figueroa's objection, and the government's response to the objection, and rules as follows.

Figueroa's objection is denied. The Court adopts *in toto* the Magistrate Judge's conclusions and the reasoning supporting same.

The Motion to Suppress is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of November, 2008.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**